CAROL CRANE, an Infant, by VIVIAN CRANE, Her Guardian ad Litem, et al., Respondents, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant. (Action No. 1.)

VIVIAN CRANE, as Administratrix of the Estate of CAREN CRANE, Deceased, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant. (Action No. 2.)

Argued February 22, 1950; decided March 3, 1950.

*William F. McNulty, John McKim Minton* and *Richard R. Bongartz* for appellant.

*Ralph Stout* and *Harry H. Lipsig* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.